BISHOP TRUST COMPANY, LIMITED AND SAMUEL W. WILCOX, EXECUTORS OF THE ESTATE OF ELSIE HART WILCOX *v.* EDWARD J. BURNS, DIRECTOR OF TAXATION OF THE STATE OF HAWAII.

No. 4173.

MAY 17, 1963.

TSUKIYAMA, C.J., CASSIDY, WIRTZ, JJ., CIRCUIT JUDGE TASHIRO, IN PLACE OF MIZUHA, J., DISQUALIFIED, AND CIRCUIT JUDGE KING, IN PLACE OF CIRCUIT JUDGE HEWITT, RETIRED.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument.

*J. Russell Cades* and *Harold S. Wright* (*Smith, Wild, Beebe & Cades*) for the petition.